IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TROY C. HANSON,

    Plaintiff,

    v.

PAUL HESTEKIND, CAROL MIDDLETON,
ELIZABETH TEGELS, M. DOBSON,
P. MILLER, and WISCONSIN
DEPARTMENT OF CORRECTIONS,

    Defendants.

Case No. 20-cv-429-bbc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Paul Hestekind, Carol Middleton, Elizabeth Tegels, M. Dobson, P. Miller, and Wisconsin Department of Corrections against plaintiff Troy C. Hanson dismissing this case.

| s/ K. Frederickson, Deputy Clerk | September 29, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |